IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS LOWERY,[1]
     Plaintiff,

vs.                          Case No. 3:10cv308/WS/CJK

SANTA ROSA COUNTY JAIL, et al.,
     Defendants.

_____

<u>REPORT AND RECOMMENDATION</u>

Plaintiff commenced this action on August 20, 2010, by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (Docs. 1, 2). Plaintiff filed a second amended complaint on June 15, 2011. (Doc. 11). On February 21, 2012, the Court issued an order directing plaintiff to show cause why this case should not be dismissed as moot, and to include with his response a statement of his current address. (Doc. 12). Plaintiff was provided fourteen days in which to comply with the order and warned that failure to do so would result in a recommendation that this case be dismissed. (*Id.*).

A copy of the February 21, 2012 order was mailed to plaintiff at three different addresses: 1) the Santa Rosa County Jail (plaintiff's address of record and the address indicated on plaintiff's second amended complaint); (2) Lakeview Center,

_____

[1]Plaintiff also identifies himself as "Douglas Harold Lowery, II." (Doc. 11, p. 1).

Attn:  Douglas Lowery, 1221 West Lakeview Ave., Pensacola, FL 32505-1836 (the address indicated in plaintiff's last notice of change of address, doc. 5); and (3) 4367 Woodville Rd., Milton, FL 32583 (the release address indicated on the Santa Rosa County Jail's website).  All copies of the orders have been returned as undeliverable. (Docs. 13-15).  To date, plaintiff has not complied with the Court's February 21, 2012 order, or notified the Court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the Court and failure to keep the Court informed of his current address.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida, this 21st day of March, 2012.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).